B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Minnesota

In re  Mark Robert Berry                           ,          Case No.  18-30813
    Jenny Marie Berry

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

Phone: 800-603-0836
Last Four Digits of Acct #: 4929

Court Claim # (if known): 2
Amount of Claim: 158,104.90
Date Claim Filed: 03/29/2018

Phone: 800-274-7025
Last Four Digits of Acct. #: 4174

Name and Address where transferee payments should be sent (if different from above):
SN Servicing Corporation
PO Box 660820
Dallas, TX 75266-0820
Phone: 800-561-4567
Last Four Digits of Acct #: 2894

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Jay Halverson                              Date: 10/18/2018
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br>Mark Robert Berry,<br>Jenny Marie Berry,<br>Debtors. | Case: 18-30813<br>Chapter 13<br>Judge: William J. Fisher |

### UNSWORN CERTIFICATE OF SERVICE

I, Matthew Grubba, declare under penalty of perjury that on October 18th, 2018 I sent copies of the Transfer of Claim to the following:

| Debtors | Debtors' Attorney | Chapter 13 Trustee |
|---|---|---|
| Mark Robert Berry<br>Jenny Marie Berry<br>308 8th Ave. SE<br>Forest Lake, MN 55025 | Andrew C. Walker<br>Walker & Walker Law Offices PLLC<br>4356 Nicollet Ave. S<br>P.O. Box 130938<br>Minneapolis, MN 55409 | Gregory A Burrell<br>100 South Fifth Street<br>Suite 480<br>Minneapolis, MN 55402 |

via first class mail, with proper postage affixed thereto to Debtors and via the Court's CM-ECF electronic filing system to Debtors' Attorney and Chapter 13 Trustee.

*/s/ Matthew Grubba*
Matthew Grubba
Randall S. Miller & Associates, PC
43252 Woodward Ave., Suite 180
Bloomfield Hills, Michigan 48302
(248) 335-9200