B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Minnesota

In re  Mark Robert Berry
       Jenny Marie Berry                     ,            Case No.  18-30813

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Cabana Series III Trust | U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 c/o SN Servicing Corporation
 323 Fifth Street
 Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:  4929

Court Claim # (if known):  2-1
Amount of Claim:  $158,104.90
Date Claim Filed:  03/29/2018

Phone:
Last Four Digits of Acct. #:  4929

Name and Address where transferee payments should be sent (if different from above):
 SN Servicing Corporation
 PO Box 660820
 Dallas, TX 75266

Phone:  800.603.0836
Last Four Digits of Acct #:  4929

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile            Date: 05/07/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.